No. 04–464. CITY OF NEW YORK, NEW YORK, ET AL. v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–469, TOWN OF SURFSIDE, FLORIDA v. MIDRASH SEPHARDI, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–484. NATIONAL TAXPAYERS UNION v. SOCIAL SECURITY ADMINISTRATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–517. CHRISTOPHER VILLAGE, L. P., ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–574. DARBY v. A-BEST PRODUCTS CO. ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 04–581. TAXPAYERS OF MICHIGAN AGAINST CASINOS v. MICHIGAN ET AL. Sup. Ct. Mich. Certiorari denied.

No. 04–594. MOON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL. v. NORTH IDAHO FARMERS ASSN. ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 04–599. HENDRICKSON ET AL. v. AMERICAN SKANDIA LIFE ASSURANCE CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–620. JIFRY ET AL. v. FEDERAL AVIATION ADMINISTRATION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–645. BRENNEMAN v. MEDCENTRAL HEALTH SYSTEM. C. A. 6th Cir. Certiorari denied.

No. 04–659. JACOBS v. VIENER. Super. Ct. Pa. Certiorari denied.